The Board of Education of Union Free School District No. 11, Town of Urbana, Steuben County, New York, Respondent, v. Frank G. Cook & Sons, Incorporated, and Standard Accident Insurance Company, Appellants. — Judgment affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law on the ground that there was a question of fact for the jury as to whether the representative of the defendant Cook notified the board of education at the time of the opening of the bids of the existence of a material mistake and a withdrawal. (The judgment is for plaintiff by direction of the court in an action on a bond filed with a bid for heating and ventilating work on a school.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

James O. Sebring, Appellant, v. Columbia Casualty Company, Respondent. — Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for conversion.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

William R. Elmore, an Infant, by Thomas J. Elmore, His Guardian ad Litem, Respondent, v. John Swenholt and Another, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Thomas J. Elmore, Respondent, v. John Swenholt and Another, Appellants. — Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. (The judgment·is for damages in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Union Trust Company of Rochester, Respondent, v. Norman W. Mayer, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action upon a promissory note.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

George J. Eddy, Appellant, v. The State of New York, Respondent. (Claim No. 20889.) — Judgment reversed on the law and new trial granted, with costs to the appellant to abide the event. Memorandum. The evidence in this case was sufficient to warrant a finding that electrical mechanics or electricians employed in the city of Lockport were engaged in a trade or occupation in the locality in which the claimant was employed under the interpretation given to those words in *McCaffrey* v. *State of New York* (259 N. Y. 159). We are, of course, not determining that such a finding should be made from the evidence. That is a question for the triers of the fact. All concur. (The judgment awards claimant the difference between wages received and the prevailing wage.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

George J. Eddy, Appellant, v. The State of New York, Respondent. (Claim No. 22829.) — Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.